**Order entered July 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01180-CV

### IN THE INTEREST OF M.A.A., A CHILD

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 01-09-843**

## ORDER

We **GRANT** appellant's July 8, 2015 motion to file an amended brief. We **ORDER** the amended brief tendered to this Court by appellant on July 8, 2015 filed as of the date of this order. Appellee's brief is due **THIRTY DAYS** from the date of this order.

/s/    ELIZABETH LANG-MIERS
        JUSTICE